FILED
CLERK, U.S. DISTRICT COURT

MAY 13 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> José Salvador Zamora ) <br> ) <br> Defendant. ) | CASE NO. CR 14-148 JFW <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143 (a)] |

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  CDCA  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  ALLEGATION OF FTA

1
2  _____
3  _____
4         and/or
5  B.  (✗)  The defendant has not met his/her burden of establishing by clear and
6  convincing evidence that he/she is not likely to pose a danger to the safety of
7  any other person or the community if released under 18 U.S.C. § 3142(b) or
8  (c).  This finding is based on _____
9  ___FTA Allegation, Prior Conviction___
10 _____
11 _____
12 ___Deft Submits___
13
14 IT IS THEREFORE ORDERED that the defendant be detained pending
15 further revocation proceedings.
16
17
18 Dated:  5/13/14
19
20            /s/ signature
21
22 MICHAEL R. WILNER
   UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28